Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–10916–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan A. Smith
   708 Society Hill Blvd
   Cherry Hill, NJ 08003

Social Security No.:
   xxx–xx–2711

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 18, 2017.

On 10/3/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:               November 6, 2019
Time:              09:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 4, 2019
JAN: kaj

                                                                                                             Jeanne Naughton
                                                                                                             Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 17-10916-JNP
Susan A. Smith                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Oct 04, 2019
                              Form ID: 185             Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db             +Susan A. Smith,    708 Society Hill Blvd,    Cherry Hill, NJ 08003-2422
516635549       BANK OF AMERICA, N.A.,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516595751       Bank of America,    c/o JCML Law Group,    216 Haddon Avenue,    Westmont, NJ 08108
516595750      +Bank of America,    PO BOX 31785,    Tampa, FL 33631-3785
516721228       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516595753      +CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
516595754      +CCS/First National Bank,    500 E. 60th St. North,    Sioux Falls, SD 57104-0478
516595755      +Midland Funding,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516595757      +Society Hill Condominium Association, In,    c/o McGovern Legal Services, LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312
516728922       Society Hill Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ 08903-1111
516826517       Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
516595759       Wells Fargo Dealer Services,    PO box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2019 23:56:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2019 23:56:11       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516762529       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2019 00:03:45
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
516595752       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 05 2019 00:03:37       Capital One,
                 Po Box 71083,    Charlotte, NC 28272-1083
517464406      +E-mail/Text: cio.bncmail@irs.gov Oct 04 2019 23:55:58      Department of Treasury,
                 Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
516595756       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2019 00:03:58
                 Portfolio Recovery Associates,    120 Corporate Boulevard,    Suite 1,    Norfolk, VA 23502
516830379       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2019 00:15:31
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516831462       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2019 00:15:31
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
516595758      +E-mail/Text: bankruptcy@sw-credit.com Oct 04 2019 23:56:13      Southwest Credit System,
                 4120 International Pkwy,    Carrollton, TX 75007-1958
516657648      +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:03:15      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Society Hill Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ 08903-1111
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Oct 04, 2019
                              Form ID: 185             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Eric Clayman    on behalf of Debtor Susan A. Smith jenkins.clayman@verizon.net, connor@jenkinsclayman.com

        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Jeffrey E. Jenkins    on behalf of Debtor Susan A. Smith jenkins.clayman@verizon.net, connor@jenkinsclayman.com

        Marlena S. Diaz-Cobo    on behalf of Creditor    Society Hill Condominium Association, Inc. collections@theassociationlawyers.com

        Stephanie F. Ritigstein    on behalf of Debtor Susan A. Smith jenkins.clayman@verizon.net, connor@jenkinsclayman.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 8