Order Filed on April 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J. Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

In Re:

Susan Smith
debtor

| | |
|---|---|
| Case No.: | 17-10916 |
| Chapter: | 13 |
| Hearing Date: | 10/18/19-11/15/19 |
| Judge: | JNP |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: April 16, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $1183.00 for services rendered and expenses in the amount of $ 24.50 for a total of $ 1207.50. The allowance is payable:

   X_ through the Chapter 13 plan as an administrative priority.

   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $523.00 per month for  15  months to allow for payment of the above fee.