Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−10916−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan A. Smith
   708 Society Hill Blvd
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−2711

Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Susan A. Smith
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: January 25, 2022
JAN: def

                                                    Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-10916-JNP |
| Susan A. Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 25, 2022 | Form ID: ntcfncur | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

**Recip ID          Recipient Name and Address**
db            +  Susan A. Smith, 708 Society Hill Blvd, Cherry Hill, NJ 08003-2422

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Brian C. Nicholas
                    on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                    on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
                    on behalf of Debtor Susan A. Smith mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Isabel C. Balboa
                    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeffrey E. Jenkins
                    on behalf of Debtor Susan A. Smith mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 25, 2022 | Form ID: ntcfncur | Total Noticed: 1

Marlena S. Diaz-Cobo
    on behalf of Creditor Society Hill Condominium Association  Inc. collections@theassociationlawyers.com

Stephanie F. Ritigstein
    on behalf of Debtor Susan A. Smith mail@jenkinsclayman.com  kevin@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9